STATE of Missouri, Respondent,

v.

Walter FLEETWOOD, Appellant.

No. WD 43909.

Missouri Court of Appeals, Western District.

April 30, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1991.

Application to Transfer Denied Sept. 10, 1991.

David S. Durbin, Appellate Defender, Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of driving while intoxicated, § 577.010, RSMo 1986, and operating a motor vehicle with a revoked license, § 302.321, RSMo 1986. Sentence was five years imprisonment for driving while intoxicated as an intoxication-related persistent offender and eight months for driving with a revoked license with the sentences to run consecutively.

Affirmed. Rule 30.25(b).